THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. DONALD R. HILL (DONALD L. WATSON, Impleaded), Defendants-Appellants.

(Nos. 56031, 56089 cons.; )

First District (1st Division)—April 9, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, (Judith Smith Leland, Assistant Public Defender, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robert J. Cohen, Assistant State's Attorneys, of counsel,) for the People.